# EXHIBIT 1

# EXHIBIT 1

CaseSearch                                                                 Circuit Court of Maryland

## Case Information

Court System: **Circuit Court For Baltimore County - Civil**
Location:     **Baltimore County Circuit Court**
Case Number:  **C-03-CV-23-004114**
Title:        **John Jones, et al. vs. UNIVERSITY OF MARYLAND, BALTIMORE COUNTY, et al.**
Case Type:    **Civil Rights**
Filing Date:  **10/12/2023**
Case Status:  **Open**

## Involved Parties Information

### Plaintiff

Name: **Jones, John**
Address: **c/o Naomi R. Shatz, Esq.**
         **65A Atlantic Ave.**
City:    **Boston**   State: **MA**   Zip Code: **02110**

#### Attorney(s) for the Plaintiff

Name:              **ZASLOW, LEVI STUART**
Appearance Date:   **10/12/2023**
Address Line 1:    **Hijazi Law Group, LLC**
Address Line 2:    **3231 Superior Lane**
Address Line 3:    **Suite A-26**
City:              **BOWIE**   State: **MD**   Zip Code: **20715**

### Defendant

Name: **UNIVERSITY OF MARYLAND, BALTIMORE COUNTY**
Address: **Serve: Dereck E. Davis Maryland State Treasurer**
         **State of Maryland Treasurer's Office Goldstein Treasury Building**
City:    **Annapolis**   State: **MD**   Zip Code: **21401**

### Defendant

Name: **AMES, WHITNEY**
Address: **1000 Hilltop Circle**
City:    **Baltimore**   State: **MD**   Zip Code: **21250**

### Plaintiff

Name: **Doe, Dan**
Address: **c/o Naomi R. Shatz, Esq.**
         **65A Atlantic Ave.**
City:    **Boston**   State: **MA**   Zip Code: **02110**

#### Attorney(s) for the Plaintiff

Name:              **ZASLOW, LEVI STUART**
Appearance Date:   **10/12/2023**
Address Line 1:    **Hijazi Law Group, LLC**
Address Line 2:    **3231 Superior Lane**
Address Line 3:    **Suite A-26**
City:              **BOWIE**   State: **MD**   Zip Code: **20715**

### Defendant

Name: **HOYE, BOBBI**
Address: **1000 Hilltop Circle**
City:    **Baltimore**   State: **MD**   Zip Code: **21250**

## Document Information

File Date:       **10/12/2023**
Document Name:   **Complaint / Petition**
Comment:         **COMPLAINT AND JURY DEMAND**

File Date:       **10/12/2023**
Document Name:   **Attorney Appearance - $20 Fee**

| | |
|---|---|
| Comment: | ENTRY OF APPEARANCE OF LEVI S. ZASLOW |

| | |
|---|---|
| File Date: | 10/12/2023 |
| Document Name: | Request to Issue |
| Comment: | LINE TO ISSUE SUMMONSES |

| | |
|---|---|
| File Date: | 10/12/2023 |
| Document Name: | Case Information Report Filed |
| Comment: | CIVIL NON-DOMESTIC CASE INFORMATION SHEET |

| | |
|---|---|
| File Date: | 10/12/2023 |
| Document Name: | Demand / Request for Jury Trial |
| Comment: | |

| | |
|---|---|
| File Date: | 10/13/2023 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 10/13/2023 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | summons - university of maryland |

| | |
|---|---|
| File Date: | 10/13/2023 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | summons - b hoye |

| | |
|---|---|
| File Date: | 10/13/2023 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | summons - w ames |

| | |
|---|---|
| File Date: | 10/13/2023 |
| Document Name: | Motion |
| Comment: | MOTION TO PROCEED UNDER PSEUDONYM AND REQUEST FOR HEARING |

| | |
|---|---|
| File Date: | 10/31/2023 |
| Document Name: | Request to Re-Issue |
| Comment: | Line to Issue Summons: University of Maryland, Baltimore County |

| | |
|---|---|
| File Date: | 11/01/2023 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 11/01/2023 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Writ of Summons |

| | |
|---|---|
| File Date: | 11/03/2023 |
| Document Name: | Held Sub Curia |
| Comment: | order deferring ruling on motion to proceed under pseudonym names untill all def's have been served and are allowed time to respond |

| | |
|---|---|
| File Date: | 11/03/2023 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | order deferring ruling on motion to proceed under pseudonym |

## Service Information

| Service Type | Issued Date |
|---|---|
| Summons Issued | 10/13/2023 |
| Summons Issued | 11/01/2023 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.