# **EXHIBIT 4**

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **JOHN JONES**<br>c/o Naomi R. Shatz, Esq.<br>65A Atlantic Ave.<br>Boston, MA 02110<br><br>and<br><br>**DAN DOE**<br>c/o Naomi R. Shatz, Esq.<br>65A Atlantic Ave.<br>Boston, MA 02110<br><br>    *Plaintiffs*,<br><br>        v.<br><br>**UNIVERSITY OF MARYLAND,**<br>**BALTIMORE COUNTY**<br>1000 Hilltop Circle<br>Baltimore, MD 21250<br><u>Serve</u>:  Anthony G. Brown, Attorney General<br>          200 St. Paul Place<br>          Baltimore, MD 21202<br><br>and<br><br>**BOBBI HOYE**<br>1000 Hilltop Circle<br>Baltimore, MD 21250<br><br>and<br><br>**WHITNEY AMES**<br>1000 Hilltop Circle<br>Baltimore, MD 21250<br><br>    *Defendants*. | **Case No.** _____ |

**LINE TO ISSUE SUMMONSES**

1

**Dear Clerk:**

Please issue summonses for the above-named defendants and return them to the undersigned for service by private process.

Respectfully submitted,

/s/ Levi S. Zaslow
Levi S. Zaslow (CPF No. 0812180330)
HIJAZI, ZASLOW & CARROLL, P.A.
3231 Superior Lane, Suite A-26
Bowie, Maryland 20715
(T): (301) 464-4646
(F): (301) 464-4188
Lzaslow@hzc-law.com
