# **EXHIBIT 6**



**CIRCUIT COURT FOR BALTIMORE COUNTY,
MARYLAND**

401 Bosley Avenue, P.O. Box 6754
Towson, MD  21285-6754

**To:**  BOBBI HOYE
1000 HILLTOP CIRCLE
BALTIMORE, MD 21250

| | |
|---|---|
| Case Number: | C-03-CV-23-004114 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**JOHN JONES, ET AL. VS. UNIVERSITY OF MARYLAND, BALTIMORE COUNTY, ET AL.**

Issue Date: 10/13/2023

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN JONES; DAN DOE
c/o Naomi R Shatz, Esq
65A Atlantic Ave
Boston, MA  02110

This summons is effective for service only if served within 60 days after the date it is issued.

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for Baltimore County
John Jones, et al. vs. UNIVERSITY OF MARYLAND, BALTIMORE COUNTY, et al. Case Number: C-03-CV-23-004114

# SHERIFF'S RETURN
(please print)

To:  BOBBI HOYE

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                              Name of person served

on _____ at _____
      Date of service                        Location of service

_____ by _____ with the following:
                                                Manner of service

☐ Summons                                    ☐ Counter-Complaint
☐ Complaint                                  ☐ Domestic Case Information Report
☐ Motions                                    ☐ Financial Statement
☐ Petition and Show Cause Order              ☐ Interrogatories
☐ Other  _____
              Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                                       Please specify

Sheriff fee: $ _____        ☐ waived by _____

_____  _____
Date                  Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).