# EXHIBIT 9

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **JOHN JONES,** *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNIVERSITY OF MARYLAND, BALTIMORE COUNTY,** *et al.*,<br><br>*Defendants* | **Case No. C-03-CV-23-004114** |

## ORDER

UPON CONSIDERATION OF Plaintiffs' Motion to Proceed Under Pseudonym Names, the record herein, any hearing in this matter, and sufficient cause having been shown, it is this \_\_\_\_ day of _____, 2023, by the Circuit Court for Baltimore County,

**ORDERED**, that the motion be, and hereby is, **GRANTED**; and further

**ORDERED**, that Plaintiffs shall be permitted to proceed in this action under the pseudonyms John Jones and Dan Doe; and further

**ORDERED**, that the parties shall refer to Plaintiffs under the pseudonyms John Jones and Dan Doe in all filings and proceedings in this action.

_____
Judge, Circuit Court for Baltimore County