# EXHIBIT 10

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **JOHN JONES** <br> c/o Naomi R. Shatz, Esq. <br> 65A Atlantic Ave. <br> Boston, MA 02110 <br><br> and <br><br> **DAN DOE** <br> c/o Naomi R. Shatz, Esq. <br> 65A Atlantic Ave. <br> Boston, MA 02110 <br><br> *Plaintiffs*, <br><br> v. <br><br> **UNIVERSITY OF MARYLAND,** <br> **BALTIMORE COUNTY** <br> 1000 Hilltop Circle <br> Baltimore, MD 21250 <br> Serve:  Anthony G. Brown, Attorney General <br>           200 St. Paul Place <br>           Baltimore, MD 21202 <br><br> and <br><br> **BOBBI HOYE** <br> 1000 Hilltop Circle <br> Baltimore, MD 21250 <br><br> and <br><br> **WHITNEY AMES** <br> 1000 Hilltop Circle <br> Baltimore, MD 21250 <br><br> *Defendants*. | **Case No.** _____ |

## ENTRY OF APPEARANCE OF LEVI S. ZASLOW

Please enter the appearance of Levi S. Zaslow as attorney for Plaintiffs in the above-captioned matter.

1

Respectfully submitted,

*/s/ Levi S. Zaslow*
Levi S. Zaslow (CPF No. 0812180330)
HIJAZI, ZASLOW & CARROLL, P.A.
3231 Superior Lane, Suite A-26
Bowie, Maryland 20715
(T): (301) 464-4646
(F): (301) 464-4188
Lzaslow@hzc-law.com

2