# EXHIBIT 11

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **JOHN JONES,** *et al.*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>**UNIVERSITY OF MARYLAND,**<br>**BALTIMORE COUNTY,** *et al.*<br><br>    *Defendants*. | Case No.: C-03-CV-23-004114 |

## LINE TO ISSUE SUMMONS

**Dear Clerk:**

Please issue a summons for the following Defendant and return it to the undersigned for service by private process:

> UNIVERSITY OF MARYLAND, BALTIMORE COUNTY
> 1000 Hilltop Circle
> Baltimore, MD 21250
> <u>Serve</u>:  Dereck E. Davis
>         Maryland State Treasurer
>         State of Maryland Treasurer's Office
>         Goldstein Treasury Building
>         80 Calvert Street, Annapolis, Maryland 21401

        Respectfully submitted,

        */s/ Levi S. Zaslow*
        Levi S. Zaslow (CPF No. 0812180330)
        HIJAZI, ZASLOW & CARROLL, P.A.
        3231 Superior Lane, Suite A-26
        Bowie, Maryland 20715
        (T): (301) 464-4646
        (F): (301) 464-4188
        Lzaslow@hzc-law.com