IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN JONES**, *et al.*<br><br>   *Plaintiffs*,<br><br>   v.<br><br>**UNIVERSITY OF MARYLAND, BALTIMORE COUNTY**, *et al.*<br><br>   *Defendants*. | **Case No.: 1:23-cv-03261-BAH** |

### REQUEST TO WITHDRAW APPEARANCE OF LEVI S. ZASLOW

Pursuant to Local Rule 1-101(2)(a), the undersigned counsel for Plaintiffs John Jones and Dan Doe requests to withdraw the appearance of Levi S. Zaslow from the above-captioned matter. The undersigned was appointed to the bench for the Circuit Court for Baltimore City and will be leaving employment at Hijazi, Zaslow & Carroll, P.A. The above-noted defendants will continue to be represented in this action by Abdullah H. Hijazi and Naomi Shatz

Respectfully submitted,

*/s/ Levi S. Zaslow*
Levi S. Zaslow (Bar No. 29101)
HIJAZI, ZASLOW & CARROLL, P.A.
3231 Superior Lane, Suite A-26
Bowie, Maryland 20715
(T): (301) 464-4646
(F): (301) 464-4188
Lzaslow@hzc-law.com
*Attorney for Defendants*

**APPROVED AND SO ORDERED** this _____ day of _____, 2024.

_____
Judge, United States District Court for the
District of Maryland